UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK RISHOR,<br><br>    Petitioner,<br><br> v.<br><br>WASHINGTON STATE ATTORNEY GENERAL,<br><br>    Respondent. | CASE NO. C18-708 MJP<br><br>CASE NO. C11-1492 MJP<br><br>ORDER RE: BRIEFING SCHEDULE |

The Court is in receipt of Petitioner's "Rule 60(b)(3)(6)" Motion. Dkt. No. 34. Respondent State of Washington is hereby ordered to file a response to the motion (not to exceed 12 pages) by no later than **August 1, 2019**. Petitioner shall file his reply brief (not to exceed 6 pages) by no later than **August 15, 2019**.

The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

Dated July 11, 2019.

Marsha J. Pechman
United States Senior District Judge

CASE NO. C11-1492 MJP - 1